# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

TERRY ROEHRMAN,              Civil File No. 10-CV-02222-EFM-GLR

    Plaintiff,

vs.                                                       **STIPULATION OF DISMISSAL WITH PREJUDICE**

CREDIT CONTROL SERVICES, LLC,

    Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Terry Roehrman, and the defendant, Credit Control Services, LLC hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                       Respectfully submitted,

Dated: <u>August 13, 2010</u>           By <u>/s/J. Mark Meinhardt</u>
                                                  J. Mark Meinhardt
                                                  4707 College Boulevard, Suite 100
                                                  Leawood, KS  66211
                                                  (913) 451-9797
                                                  (913) 451-6163 (fax)
                                                  ATTORNEY FOR PLAINTIFF

Dated: <u>August 13, 2010</u>           By <u>/s/Anna M. Wenzel</u>
                                                  Anna M. Wenzel
                                                  Berman & Rabin, P.A.
                                                  15280 Metcalf Avenue
                                                  Overland Park, KS 66223
                                                  (913) 649-1555
                                                  (913) 652-9474 (fax)
                                                  ATTORNEY FOR DEFENDANT